

FILED
SUPERIOR COURT
OF GUAM

2013 NOV 22 AM 9: 26

CLERK OF COURT

By

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| RON MORONI and PHYLLIS KOEGEL,<br><br>          Plaintiffs,<br><br>v.<br><br>FRANKLIN CASTRO, ANTHONY JAMES CASTRO, and EFREN SANTOS,<br><br>          Defendants. | CIVIL CASE NO. CV 1004-05<br><br>**DECISION AND ORDER** |

## INTRODUCTION

This matter came before the Honorable Arthur R. Barcinas on the 30th day of August, 2013, for hearing on the Defendants' Motion for Reconsideration and for Attorneys Fees and on the Plaintiffs' Motion to Strike Defendant's Motion for Reconsideration and Attorney's Fees. Plaintiff Ron Moroni represented himself and Plaintiff Phyllis Koegel, and Attorney Phillip Torres of Teker Torres Teker represented the Defendants. For the reasons set forth below, the Defendants' motion is denied, and the Plaintiffs' motion is denied as moot.

## DISCUSSION

Judgment was entered in this case on February 9, 2011. The Defendants first attempted to file their Motion for Reconsideration and Attorneys Fees on February 21, 2011. The motion sought to amend the judgment to include an award of court costs and attorneys' fees. On April

4, 2011, the Court issued its rejection of the Defendants' motion on grounds of noncompliance with CVR 7.1 of the Local Rules of the Superior Court. On May 17, 2011, the Defendants submitted an Agreement of Hearing Date for the motion, which the Court returned unfiled to defense counsel on June 1, 2011 with instructions to comply with CVR 7.1. On November 29, 2011, the Defendants filed the motion now pending before the Court.

Motions seeking to amend judgments are governed by Rule 59(e) of the Guam Rules of Civil Procedure, which provides that "[a]ny motion to alter or amend a judgment shall be filed no later than 10 days after the entry of the judgment." The Defendants' first attempted motion, though deficient for failure to comply with CVR 7.1, was timely under Rule 59(e). However, as the Plaintiffs correctly point out, the motion presently before the Court was not timely under Rule 59(e). The motion was filed on November 29, 2011. Prior to that date, there had been no action taken by any party or by the Court on this case since June 1, 2011, when the clerk returned the Defendants' submitted Agreement of Hearing Date. Nearly six months elapsed between that time and the time the Defendants attempted to renew their motion.

Notwithstanding the Rule 6(b) prohibition against enlargement of the time for a Rule 59(e) motion, a renewal of the ten-day period provided for by Rule 59(e) upon any action by the Court might have been justified in light of the Court's disposition of the previously submitted materials. But even granting the Defendants the benefit of such a charitable interpretation of the Rules, more than ten days elapsed between the issuance of the April 11 order rejecting the Defendants' original submitted motion and the Defendants' May 17 submission of their defective Agreement of Hearing Date. And, even if the Court's June 1 return of the Agreement of Hearing Date to defense counsel could have been understood to renew the filing period yet again even after its expiration, the renewed period would have elapsed on June 15.

The Defendants' motion is untimely, and must be denied. The Plaintiffs' motion requesting that the Court strike the Defendants' motion must, in light of the Court's denial of the Defendants' motion, be denied as moot. The judgment of February 9, 2011 stands as entered, and this case remains closed.

## CONCLUSION

For the reasons set forth above, the Defendants' Motion for Reconsideration and for Attorneys Fees is DENIED, and the Plaintiffs' Motion to Strike Defendant's Motion for Reconsideration and Attorney's Fees is DENIED.

**IT IS SO ORDERED** this day of ____ NOV 2 2 2013 ____.

Original Signed by:
ARTHUR R. BARCINAS

HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam
Dated at Hagatna, Guam

NOV 2 2 2013



Scott E. Hermosilla
Deputy Clerk
Superior Court of Guam